

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: DEC 0 5 2019

# LANKLER SIFFERT & WOHL LLP

ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

December 3, 2019

**VIA ECF**

The Honorable George B. Daniels
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels, U.S.D.J.*

Dated: DEC 0 5 2019

**Re:    Application to Seal Document in *United States v. Carl Van Putten*, 04-cr-803 (PKL)**

Dear Judge Daniels:

We represent defendant Carl Van Putten in the above-captioned matter, which was previously assigned to the Honorable Peter K. Leisure. On November 27, 2019, we filed a motion for relief under the First Step Act. On December 3, 2019, pursuant to Rule 17 of the Local Rules for the Division of Business Among Judges, we requested that the Clerk of the Court reassign the matter. At the direction of the clerk's office, we are addressing this application to Your Honor.

We write to inform the Court that, on December 2, 2019, we filed a corrected Memorandum of Law in Support of Mr. Van Putten's Motion for a Reduced Sentence Under the First Step Act (ECF No. 62). The corrected Memorandum of Law contains a handful of corrections, including the filing of one of the attached exhibits (ECF No. 62-15) in redacted form to protect certain information about the medical diagnosis and treatment of a third party that was inadvertently included in the originally filed exhibit. *See* Section 21.4, Electronic Case Filing Rules and Instructions (Feb. 1, 2019).

Accordingly, we respectfully request that the Court seal the originally filed exhibit, ECF No. 61-15, to protect the sensitive information therein.

Respectfully submitted,

/s/ Daniel M. Gitner

Daniel M. Gitner
Lise Rahdert
Lankler Siffert & Wohl LLP
500 Fifth Avenue
New York, NY 10110
(212) 921-8399
*Attorneys for Carl Van Putten*

Cc: All counsel of record via ECF