LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX (212) 764-3701

December 20, 2019

**SO ORDERED**

*/s/ George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

DEC 3 0 2019

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Request for a briefing schedule on consent in *United States v. Carl Van Putten*, 04-cr-803 (GBD)**

Dear Judge Daniels:

We represent Carl Van Putten in the above-captioned matter and have filed on Mr. Van Putten's behalf a Motion for a Reduced Sentence Under the First Step Act (ECF Nos. 60, 62) ("First Step Act Motion").

We have consulted with the Government, and respectfully and jointly request that the Court set the briefing schedule for the First Step Act Motion as follows:

1. March 13, 2020 as the due date for the Government's opposition; and
2. April 14, 2020 as the due date for Mr. Van Putten's reply.

Respectfully submitted,

/s/ Lise Rahdert

Lise Rahdert
Lankler Siffert & Wohl LLP
500 Fifth Avenue
New York, NY 10110
(212) 921-8399

*Attorney for Carl Van Putten*

Cc: All counsel of record via ECF