U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2020

**BY ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

_____
George B. Daniels, U.S.D.J.

Dated: APR 1 3 2020

Re: *United States v. Carl Van Putten*, 04-cr-803 (GBD)
Consent Motion for Extension of Time to Respond to Defendant's First Step Act Motion

Dear Judge Daniels:

The Government writes to respectfully request a three-week extension of time to respond to defendant Carl Van Putten's Motion for a Reduced Sentence Under the First Step Act (ECF Nos. 60, 62) (the "Motion"). The Government's response is presently due April 10, 2020.

The Government has consulted with defense counsel, who consents to the Government's request. The Government requests that the Court set an amended briefing scheduled for the Motion as follows:

- May 1, 2020 as the due date for the Government's response in opposition; and
- June 5, 2020 as the due date for Mr. Van Putten's reply.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Danielle M. Kudla
Assistant United States Attorney
(212) 637-2304

Cc: Counsel of record via ECF