

# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE  
NEW YORK, N.Y. 10110-3398  
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399  
TELEFAX   (212) 764-3701

May 6, 2020

**VIA ECF**

The Honorable George B. Daniels  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels  
George B. Daniels, U.S.D.J.

Dated: MAY 11 2020

Re: Request for additional pages for reply brief on consent in *United States v. Carl Van Putten*, 04-cr-803 (GBD)

Dear Judge Daniels:

We represent defendant Carl Van Putten in the above-captioned matter. On December 2, 2019, we filed a 63-page memorandum of law in support of Mr. Van Putten's Motion for a Reduced Sentence under the First Step Act ("Motion"). (ECF No. 62.) On December 4, 2019, this case was assigned to Your Honor. (ECF No. 64.) On May 1, 2020, the government filed a 66-page memorandum in opposition. (ECF No. 77.) Our reply is due on June 5, 2020. Pursuant to Section IV(B) of this Court's Individual Practices, we respectfully seek leave to file a 25-page reply memorandum of law in support of Mr. Van Putten's Motion.

The Government consents to this request.

Respectfully submitted,

/s/ Daniel M. Gitner  
Daniel M. Gitner  
Lise Rahdert  
Lankler Siffert & Wohl LLP  
500 Fifth Avenue  
New York, NY 10110  
(212) 921-8399

*Attorneys for Carl Van Putten*

cc: All counsel of record via ECF