UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CARL VAN PUTTEN,

                          Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 9 2020

ORDER

04 Crim. 803 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Oral argument on Defendant's motion for a reduced sentence under the First Step Act is scheduled for October 21, 2020 at 10:30 am.

Dated: New York, New York
       June 26, 2020

                                            SO ORDERED.

                                            *George B. Daniels*

                                            GEORGE B. DANIELS
                                            United States District Judge