UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA,

    -against-

CARL VAN PUTTEN,

                       Defendant.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 8 2020

ORDER

04 Crim. 803 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court shall hear oral argument in person on Defendant's motion for a reduced sentence under the First Step Act, (ECF No. 60), on October 21, 2020 at 10:30 a.m.

    The proceeding may be accessed remotely by calling (888) 363-4749 and using Access Code 4523890.

Dated: New York, New York
       September 25, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge