```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 09 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CARL VAN PUTTEN,

               Defendant.

------------------------------------- x

ORDER

4 Crim. 803-1 (GBD)

GEORGE B. DANIELS, District Judge:

The Clerk of the Court is directed to close the open motion at ECF No. 60 (Motion to Reduce Sentence under the First Step Act), as having been resolved by ECF No. 98.

Dated: March 9, 2022
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE