UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

CARL VAN PUTTEN,

               Defendant.

------------------------------------x

SCHEDULING ORDER

04 Crim. 803 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court will hear oral argument on Defendant's Motion for a Reduced Sentence, (ECF No. 94), on July 7, 2022 at 10:00 a.m.

Dated: June 27, 2022
       New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge