**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

-against-

CARL VAN PUTTEN,

Defendant.

------------------------------------x

SCHEDULING ORDER

04 Crim. 803 (GBD)

GEORGE B. DANIELS, United States District Judge:

The oral argument on Defendant's Motion for a Reduced Sentence, (ECF No. 94), scheduled for August 9, 2022 is rescheduled to August 23, 2022 at 10:00 a.m.

Dated: August 3, 2022
      New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge