UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

CARL VAN PUTTEN,

                      Defendant.

------------------------------------------------------------x

SCHEDULING ORDER

04 Crim. 803 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's motion requesting leave to supplement his Motion to Reduce Sentence, (ECF No. 113), is hereby GRANTED.

    The Clerk of Court is directed to close the open motion.

Dated: November 6, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge